McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-MC-00095-KJM-AC |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $30,000.00 IN U.S. CURRENCY SEIZED FROM A WELLS FARGO SAFE DEPOSIT BOX, | |
| APPROXIMATELY $20,000.00 IN U.S. CURRENCY SEIZED FROM A WELLS FARGO SAFE DEPOSIT BOX, | |
| APPROXIMATELY $4,026.07 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 9321568629, | |
| APPROXIMATELY $1,428.40 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 6581291769, | |
| 2016 FORD MUSTANG SHELBY GT350, VIN: 1FA6P8JZ0G5526195, LICENSE NUMBER: 8CGD006, | |
| 2018 FORD F-150 XLT, VIN: 1FTEW1EGXJKD57806, WITH DEALERSHIP LICENSE PLATES, | |
| APPROXIMATELY $20,000.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $6,652.00 IN U.S. CURRENCY, | |

1

| | |
|---|---|
| 1 | APPROXIMATELY $160.00 IN U.S. CURRENCY, |
| 2 | APPROXIMATELY $11,764.75 IN U.S. CURRENCY SEIZED FROM TWENTY-SEVEN PARCELS, |
| 3 | |
| 4 | APPROXIMATELY 1.9130219 BITCOINS, and |
| 5 | APPROXIMATELY .32194491 BITCOINS, |
| 6 | Defendants. |

It is hereby stipulated by and between the United States of America and potential claimant Cody Boyd aka Cody Williams-Boyd and Cody Williamsboyd ("claimant"), by and through their respective counsel, as follows:

1. On or about March 26, 28, 30, April 2, and 7, 2018, the U.S. Postal Inspection Service ("USPIS") and the Homeland Security Investigations ("HSI") seized the above-referenced defendant assets pursuant to Federal search and seizure warrants (hereafter collectively "defendant assets").

2. Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iv), and 983(a)(3)(A), the United States is required to send notice to potential claimants, file a complaint for forfeiture against the defendant assets, or obtain an indictment alleging that the defendant assets are subject to forfeiture within ninety days of seizure, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is June 22, 2018.

3. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to September 21, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

///
///
///
///
///
///
///
///

4. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to September 21, 2018.

Dated: 6/19/18

McGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 6/14/18

/s/ Lexi Negin
LEXI NEGIN
Attorney for Potential Claimant
Cody Boyd

(Authorized by email)

**IT IS SO ORDERED**.

DATED: July 16, 2018.

_____
UNITED STATES DISTRICT JUDGE